

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00907-CV

**IN THE INTEREST OF J.A.B.**, J.L.B., and J.B.

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00495
Honorable Kimberly Burley, Associate Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED April 3, 2024.

Liza A. Rodriguez, Justice